PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 08/2021)



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV - 7 2023

CLERK, U.S. DISTRICT COURT
By_____
            Deputy

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

Juan Murrillo  0590265
**Plaintiff's Name and ID Number**

Tarrant County jail
**Place of Confinement**

CASE NO. **4-23CV-1131-P**
(Clerk will assign the number)

v.

Jerry Lee Orierjo 420 Montgomery street San francisco California 94104
**Defendant's Name and Address**

Wells fargo Business P.O. Box 6995 Portland Oregon 97228.
**Defendant's Name and Address**

Wells Fargo Business credit Cards P.O.Box 29482 phoenix Arizona 85038
**Defendant's Name and Address**
( DO NOT USE "ET AL.")

---

### INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1.  To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2.  Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3.  You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.  When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.  In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2.  If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*.  In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor.  You must also include a current six-month history of your inmate trust account.  If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3.  The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee."  *See* 28 U.S.C. § 1915.  Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner.  If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4.  If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account.  Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date.  Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief.  Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  PREVIOUS LAWSUITS:

    A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment?  ___ YES ✓ NO

    B.  If your answer to "A" is "yes," describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1.  Approximate date of filing lawsuit:_____

        2.  Parties to previous lawsuit:

            Plaintiff(s)_____

            Defendant(s)_____

        3.  Court: (If federal, name the district; if state, name the county.)_____

        4.  Cause number:_____

        5.  Name of judge to whom case was assigned:_____

        6.  Disposition:  (Was the case dismissed, appealed, still pending?)_____

        7.  Approximate date of disposition:_____

II. PLACE OF PRESENT CONFINEMENT: _Tarrant County Jail_

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? ✓ YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: _Juan Murillo_
_5561 Aler Dr Fort Worth TX 76119_

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: _Jerry Lee Grier Jr 46_
_420 Montgomery Street San Fransisco California 94104_
Briefly describe the act(s) or omission(s) you claimed harmed you.
_2015 WL 12644675 (DOJ Banking Fraud_

Defendant #2: _Wells Fargo Business Checking and Savings Account_
_P.O. Box 6995 Portland Oregon 97228-6995 §1958 Use of Interstate commerce_
_Facilities in the Commission of_
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. _Murder for_
_Hire_
_§ 1958 Use of Interstate commerce facilities in the commission of murder_
_for hire._

Defendant #3: _Wells Fargo Business Credit Cards and Lines of Credit_
_P.O. Box 29482 Phoenix Arizona 85038_
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Forgery engaging in organized criminal activity_

Defendant #4: _Wells Fargo Merchant Services_
_P.O. Box 6600 Hagerstown MD 21741_
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_§1958 Use of Interstate commerce facilities in the commission of murder_
_for hire_

Defendant #5: _Small Business Customer service_
_6707 Brentwood stair Rd Fort Worth Texas 76112_
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Forgery, Fraud, and Mortage Fraud_

3

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

§1958 Use of interstate commerce facilities in the commission of murder for Hire  intended victim (Byron J Warren) (a) whoever travels in or causes another (Intended Victim Byron J Warren) to travel in Interstate or Foreign commerce, or uses or causes another, to use the mail or any facility or interstate or foreign commerce, with the intent that a murder be committed in violation of the laws of any State or the United States as consideration for the reciept of, or as consideration for a promise or agreement to pay, anything of Pecuniary Value, or who conspires to do so shall be fined under this title or imprisoned

VI.    RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Full Investigation into these Matters
One Hundred Million for civil Damages

VII.    GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Juan Murillo

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

CID 0590265

VIII.    SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? _____ YES  ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): _____

2. Case number: _____

3. Approximate date sanctions were imposed: _____

4. Have the sanctions been lifted or otherwise satisfied? _____ YES  ✓ NO

4

.....t ever warned or notified you that sanctions could be imposed? _____YES __✓__NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division):_____

2. Case number:_____

3. Approximate date warning was issued:_____

Executed on: _09-22-2023_
　　　　　　DATE

_Juan Murillo_
_____
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ___22___ day of _September_ , 20 _23_ .
　　　　　　(Day)　　　　　　　　(month)　　　　　　(year)

_Juan Murillo_
_____
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Santo Feliberty 34 Springfield
Nicolas Davila          Springfield
Jose Torres aka Goldy Tech 37 Boston
D'ante Carter St Louis 39

Antonio Quevedo 44 Santa Ana California
Adelina Cristobal 65

USA ★ FOREVER ★

NORTH TEXAS
DALLAS TX
3 NOV 2023

Legal

RECEIVED

NOV - 7 2023

Court Clerk
501 West 10th st Room 310
Fort Worth TX 76102

76102-354185

A. Vargas #0971441
100 N. Lamar
Fort Worth TX 76196

Legal

© USPS 2019

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC
MIX
Envelope
FSC® C137131