UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**JUAN MURRILLO,**

   Plaintiff,

v.                                                 No. 4:23-cv-1131-P

**JERRY LEE GRIER, JR., ET AL.,**

   Defendants.

## FINAL JUDGMENT

   Consistent with the order of dismissal signed this date, the claims of Plaintiff, Juan Murillo, in this action are **DISMISSED**.

   **SO ORDERED** on this **1st day** of **December 2023.**

_____
Mark T. Pittman
UNITED STATED DISTRICT JUDGE